B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Karani, Hoshang R.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Karani, Bonnie H.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6190** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7524** |
| Street Address of Debtor (No. and Street, City, and State):<br>**761 Buena Road**<br>**Lake Forest, IL**                ZIP Code **60045** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**761 Buena Dr.**<br>**Lake Forest, IL**                ZIP Code **60045** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13           of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,      ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Karani, Hoshang R.**<br>**Karani, Bonnie H.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Coleman Fire Proof Coor Co. (Spenta)** | Case Number:<br>**09-17515** | Date Filed:<br>**5/14/09** |
|---|---|---|
| District:<br>**Northern District of Illinois Eastern Division** | Relationship: | Judge:<br>**A. Benjamin Goldgar** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _Eugene Crane_____ July 7, 2009<br>Signature of Attorney for Debtor(s)          (Date)<br>**EUGENE CRANE** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

■   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Karani, Hoshang R. |
| | Karani, Bonnie H. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Hoshang R. Karani**

X _____
Signature of Joint Debtor **Bonnie H. Karani**

_____
Telephone Number (If not represented by attorney)

**July 7, 2009**
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**EUGENE CRANE  0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
_____
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**July 7, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Hoshang R. Karani**
       **Bonnie H. Karani**                          Case No. _____

                                    Debtor(s)           Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Hoshang R. Karani**
                        **Hoshang R. Karani**
Date:   **July  9, 2009**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Certificate Number: 00252-ILN-CC-007559959

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 2, 2009 , at 1:18 o'clock PM EDT ,

Hoshang R Karani received from

Institute for Financial Literacy, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .

Date: July 2, 2009                         By    /s/Deborah Tingley

                                           Name   Deborah Tingley

                                           Title   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Hoshang R. Karani**
       **Bonnie H. Karani**                               Case No. _____

                                    Debtor(s)           Chapter    **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Bonnie H. Karani**
                         **Bonnie H. Karani**
Date:   **July 9, 2009**

Certificate Number: 00252-ILN-CC-007559927

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 2, 2009 , at 1:16 o'clock PM EDT ,

Bonnie H Karani received from

Institute for Financial Literacy, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .

Date: July 2, 2009 By /s/Deborah Tingley

Name Deborah Tingley

Title Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hoshang R. Karani,**
       **Bonnie H. Karani**                       Case No. _____

                                        Debtors         Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,400,000.00 | | |
| B - Personal Property | Yes | 3 | 1,541,100.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 4,791,935.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 78,684.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 1,354,360.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,812.48 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 16,831.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 3,941,100.00 | | |
| Total Liabilities | | | | 6,224,980.15 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hoshang R. Karani,**             Case No. _____
         **Bonnie H. Karani**

_____,      Chapter_____**7**_____
                                  Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re **Hoshang R. Karani,**                           Case No. _____
         **Bonnie H. Karani**

                                                  Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single family residence**<br>**Location: 761 Buena Road, Lake Forest IL** | **Tenancy by the entirety** | **J** | **1,000,000.00** | **1,247,000.00** |
| **Commercial Building**<br>**28392 Ballard Dr.**<br>**Lake Forest, IL 60045**<br>**Hoshang - 51%**<br>**Bonnie - 25%**<br>**HBSSK Properties LLC** | | **J** | **1,400,000.00** | **1,200,000.00** |

|  | | |
|---|---|---|
| Sub-Total > | **2,400,000.00** | (Total of this page) |
| Total > | **2,400,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Hoshang R. Karani,**    Case No. _____
**Bonnie H. Karani**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | J | **200.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking and savings account at Lake Forest Bank** | J | **2,000.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous furniture, audio, video anad computer equipment located at residence.** | J | **2,500.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous** | J | **500.00** |
| 6. | Wearing apparel. | | **Ordinary wearing apparel** | J | **300.00** |
| 7. | Furs and jewelry. | | **Jewelry** | J | **200.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance** | J | **0.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **5,700.00**
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Hoshang R. Karani,**                   Case No. _____
          **Bonnie H. Karani**

                                             Debtors         ,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Breach of warranty and fraud lawsuit against Robert Coleman and Chizuco Coleman titled Spenta Enterprises and Hoshang Karani, plaintiffs v. Chizuco Coleman and Robert Coleman in the 19th Judicial Circuit Lake County, Illinois, Case No. 08 CH 4899** | J | 1,500,000.00 |

                                                       Sub-Total >    **1,500,000.00**
                                                    (Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Hoshang R. Karani,**                                              Case No. _____
         **Bonnie H. Karani**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Chrysler LHS** | J | 200.00 |
| | | **1994 Chrysler Minivan** | J | 200.00 |
| | | **2008 Lexus RX 400L** | J | 35,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     35,400.00
(Total of this page)
Total >     1,541,100.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Hoshang R. Karani,**                                    Case No. _____
        **Bonnie H. Karani**
_____,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single family residence** | **735 ILCS 5/12-901** | **30,000.00** | **1,000,000.00** |
| **Location: 761 Buena Road, Lake Forest IL** | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking and savings account at Lake Forest Bank** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous furniture, audio, video anad computer equipment located at residence.** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Ordinary wearing apparel** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance** | **215 ILCS 5/238** | **100%** | **0.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Breach of warranty and fraud lawsuit against Robert Coleman and Chizuco Coleman titled Spenta Enterprises and Hoshang Karani, plaintiffs v. Chizuco Coleman and Robert Coleman in the 19th Judicial Circuit Lake County, Illinois, Case No. 08 CH 4899** | **735 ILCS 5/12-1001(b)** | **2,600.00** | **1,500,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1994 Chrysler LHS** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **200.00** |
| **1994 Chrysler Minivan** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **200.00** |

Total:   **43,100.00**   **2,506,100.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Hoshang R. Karani,**  
**Bonnie H. Karani**  
_____,  
Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8201**<br><br>**American Chartered Bank**<br>**459 S. Rand Rd.**<br>**Lake Zurich, IL 60047** | | J | **First Mortgage**<br>**Commercial Building**<br>**28392 Ballard Dr.**<br>**Lake Forest, IL 60045**<br>**Hoshang - 51%**<br>**Bonnie - 25%**<br>**HBSSK Properties LLC**<br><br>Value $            **1,400,000.00** | | | | **1,200,000.00** | **0.00** |
| Account No. **xxxx0701**<br><br>**American Chartered Bank**<br>**459 S. Rand Rd.**<br>**Lake Zurich, IL 60047** | | J | **Business Line of Credit**<br><br>**cross-collateralized with HBSSK Properties by American Chartered Bank's guarantee**<br><br>Value $              **990,000.00** | | | | **957,689.93** | **0.00** |
| Account No. **xxxxxx4556**<br><br>**Comerica Bank**<br>**PO Box 650282MC6512**<br>**Dallas, TX 75265-0282** | | J | **Business Purchase SBA Loan Personal Guarantee**<br><br>Value $            **1,350,716.34** | | | | **1,350,716.34** | **0.00** |
| Account No. **xxxxxx0195**<br><br>**Lexus Financial Services**<br>**PO Box 5855**<br>**Carol Stream, IL 60197-5855** | | J | **Car Loan**<br><br>**2008 Lexus RX 400L**<br><br>Value $                **35,000.00** | | | | **36,529.00** | **1,529.00** |

__1__  continuation sheets attached

Subtotal  
(Total of this page)  **3,544,935.27**  **1,529.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **Hoshang R. Karani,**                                          Case No. _____
       **Bonnie H. Karani**
_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes only. Guarantor of Comerica bank loans | | | | | |
| **SBA** **500 W. Madison Street, Suite 1250** **Chicago, IL 60661** | | J | | | | | | |
| | | | Value $                    0.00 | | | | **Unknown** | **Unknown** |
| Account No. **xxxxxx2354** | | | First Mortgage | | | | | |
| **Washington Mutual** **PO Box 901123** **Louisville, KY 40290-1123** | | J | Single family residence Location: 761 Buena Road, Lake Forest IL | | | | | |
| | | | Value $              1,000,000.00 | | | | **945,000.00** | **0.00** |
| Account No. **xxxxxx0272** | | | Equity Line of Credit | | | | | |
| **Washington Mutual** **PO Box 78065** **Phoenix, AZ 85062-8065** | | J | Single family residence Location: 761 Buena Road, Lake Forest IL | | | | | |
| | | | Value $              1,000,000.00 | | | | **302,000.00** | **247,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,247,000.00** | **247,000.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **4,791,935.27** | **248,529.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Hoshang R. Karani,**
   **Bonnie H. Karani**                                                                  Case No. _____
_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    __1__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Hoshang R. Karani,**
**Bonnie H. Karani,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx5616**<br><br>**Illinois Dept. of Revenue<br>P.O. Box 19031<br>Springfield, IL 62794-9031** | | J | Partnership Replacement Tax - HBSSK Properties | | | | 631.00 | 0.00 | 631.00 |
| Account No.<br><br>**Lake County Collector<br>18 N. County St, #102<br>Waukegan, IL 60085** | | J | Single family residence Location: 761 Buena Road, Lake Forest IL - included in mortgage - paid by WAMU | | | | 13,000.00 | 13,000.00 | 0.00 |
| Account No. **xx-xx-xx2-017**<br><br>**Lake County Collector<br>18 N. County St, #102<br>Waukegan, IL 60085** | | J | Real estate tax bill for commercial building 28392 N. Ballard, Lake Forest, IL 1/2 May - 1/2 September | | | | 15,053.54 | 0.00 | 15,053.54 |
| Account No. **xxxx-0242**<br><br>**State of Illinois Dept of Revenue<br>9511 Harrison Street<br>Des Plaines, IL 60016-1563** | | J | Business sales tax paid on Booked sale, not collection<br>Claim for unpaid sales taxes of Coleman Fireproof Door Co. Entire amount was paid by check from Coleman, not honored when Bank refused to accept it and froze all Coleman accounts 12/08, 2/09, 3/09 | | | X | 50,000.00 | 0.00 | 50,000.00 |
| Account No.<br><br> | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 13,000.00<br>78,684.54 | 65,684.54 |
| Total<br>(Report on Summary of Schedules) | 13,000.00<br>78,684.54 | 65,684.54 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Hoshang R. Karani,**                                                          Case No. _____
         **Bonnie H. Karani**
                                                                    ,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1009**  <br><br>**American Express Platinum**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | J | **Business Product Purchases**<br>**Business Credit Card** | | | | 21,775.87 |
| Account No. **xxxx-xxxxxx-x1007**  <br><br>**American Express PLUM**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | J | **Business Product Purchases**<br>**Business Credit Card** | | | | 75,344.52 |
| Account No. **xxx5219**  <br><br>**Biehl & Biehl, Inc.**<br>**Chicago Tribune**<br>**PO Box 87410**<br>**Carol Stream, IL 60188** | | W | **Business Expense - cancellation claim filed with Chicago Tribune** | | | | 15.00 |
| Account No. **x9972**  <br><br>**Brown Kaplan Liss**<br>**500 Davis St., #502**<br>**Evanston, IL 60201** | | H | **HBSSK annual filings** | | | | 1,197.00 |

__5__   continuation sheets attached

Subtotal
(Total of this page)                                     **98,332.39**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              S/N:21307-090528   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hoshang R. Karani,**
**Bonnie H. Karani**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9971**<br><br>**Brown Kaplan Liss**<br>**500 Davis St., #502**<br>**Evanston, IL 60201** | | H | **Coleman Fire Proof Door YTD accounting services**<br>**$20,000 over charge for redo of 2007 financials disputed** | | | X | 51,378.25 |
| Account No.<br><br>**Chizuco Coleman**<br>**N 9110 11th Drive**<br>**Westfield, WI 53964** | | J | **9/27/06**<br>**Lawsuit 08 CH 4899** | | | X | 731,255.60 |
| Account No. **xxxx-xxxx-xxxx-9359**<br><br>**Citi Cards**<br>**PO Box 688915**<br>**Des Moines, IA 50368-8915** | | J | **Credit card over time to sustain business**<br>**Business loan for payroll** | | | | 43,820.56 |
| Account No. **xxxx-xxxx-xxxx-3300**<br><br>**Citi Cards**<br>**PO Box 688909**<br>**Des Moines, IA 50368-8915** | | J | **Credit card over time to sustain business**<br>**Business loan for payroll** | | | | 53,119.26 |
| Account No.<br><br>**David Fischer**<br>**Wildman Harrold Allen Dixon LLP**<br>**2525 W. Wacker Dr.**<br>**Chicago, IL 60606-1229** | | J | **Legal advise for Forbearance Agreement for business** | | | X | 5,000.00 |

Sheet no. __**1**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **884,573.67**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hoshang R. Karani,**
**Bonnie H. Karani**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-2781**<br><br>**Elan Financial Services**<br>**Comerica Bankcard**<br>**PO Box 108**<br>**Saint Louis, MO 63166-9801** | | J | | | **Business Product Purchases**<br>**Business Credit Card** | | | | 23,804.45 |
| Account No.<br><br>**Elizer & Meyerson, LLC**<br>**900 SKokie Blvd., #100**<br>**Northbrook, IL 60062** | | J | | | **Business legal services.  ACB bounced payment checks** | | | | 5,072.94 |
| Account No. **xxxxx3755**<br><br>**Great Lake Educational Loan Services, Inc.**<br>**PO Box 7860**<br>**Madison, WI 53707** | | J | | | **Fall 2004 - Spring 2007**<br>**Parent Plus** | | | | 20,772.44 |
| Account No. **xxxx0505**<br><br>**Illinois Secretary of State**<br>**Dept. of Acctg. Serv.**<br>**501 S. 2nd St.**<br>**Springfield, IL 62756-5300** | | J | | | **LLC annual report filing fee.  Check bounced by bank.** | | | X | 425.00 |
| Account No.<br><br>**IRS Benefit Div., Attn: R. Blackmon**<br>**TE/GE Group 7637RB"MC491401"**<br>**120 S. Dearborn St.**<br>**Chicago, IL 60604-1504** | | J | | | **May have a claim under former (Robert & Chizuco Coleman) 08 CH4899 company pension plan** | | | X | 165,584.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

215,658.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Hoshang R. Karani,**                                                    Case No. _____
         **Bonnie H. Karani**
_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9793**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | | H | 9-3-08 | | | | 188.30 |
| Account No. **xxxx5890**<br><br>**Lake Forest Hospital**<br>**660 N. Westmoreland Rd.**<br>**Lake Forest, IL 60045-9989** | | H | 10-9-08 | | | | 178.47 |
| Account No.<br><br>**Much Shelist**<br>**35335 Eagle Way**<br>**Chicago, IL 60678** | | J | Legal Fees | | | X | 25,000.00 |
| Account No. **xx-CH-4899**<br><br>**Ralph C. Hardesty**<br>**Attorney at Law**<br>**55 W. Madison St., #3720**<br>**Chicago, IL 60603** | | J | YTD services for 08-CH-4899 lawsuit | | | | 4,411.11 |
| Account No. **xxxx-xxxx-xxxx-0800**<br><br>**Sears Premier Gold M/C**<br>**Sears Credit cards**<br>**PO Box 183082**<br>**Columbus, OH 43218-3082** | | J | Credit card over time to sustain business<br>Product Business Purchases | | | | 17,117.52 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          46,895.40

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Hoshang R. Karani,**             Case No. _____
       **Bonnie H. Karani**

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x9962** | | | | Business expense questionable charge | | | | |
| Transworld Systems, Inc. for Intertek Testing Systems PO Box 4903 Trenton, NJ 08650-4903 | | | J | | | | X | |
| | | | | | | | | 600.00 |
| Account No. **xxx685-1** | | | | Joint check with contractor to be paid by contractor (business expense) | | | | |
| Trimco 3528 Emery St. Los Angeles, CA | | | J | | | | X | |
| | | | | | | | | 1,423.57 |
| Account No. **xxx-xx-x190 (#4)** | | | | Fall 2002 - Spring 2004 Parent Plus | | | | |
| US Dept of Education Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609 | | | J | | | | | |
| | | | | | | | | 47,703.66 |
| Account No. **xxx-xx-x190 (#5)** | | | | Fall 2002 - Spring 2004 Parent Plus | | | | |
| US Dept of Education Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609 | | | J | | | | | |
| | | | | | | | | 18,990.41 |
| Account No. **xxxx-xxxx-xxxx-9389** | | | | Business Product Purchases Business Credit Card | | | | |
| Visa Card Member Services PO Box 15153 Wilmington, DE 19886-5153 | | | J | | | | | |
| | | | | | | | | 14,580.43 |

Sheet no. __**4**__ of __**5**__ sheets attached to Schedule of              Subtotal

Creditors Holding Unsecured Nonpriority Claims        (Total of this page)       83,298.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Hoshang R. Karani,**
     **Bonnie H. Karani**
                                              ,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-9389** | | | | **Business Product Purchases** **Business Credit Card** | | | | |
| **Visa Cardmember Services** **PO 15153** **Wilmington, DE 19886-5153** | | J | | | | | | |
| | | | | | | | | **25,601.98** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**5**__ of __**5**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,601.98**

Total
(Report on Summary of Schedules)      **1,354,360.34**

In re: <u>Hoshang R. Karani, Bonnie H. Karani</u>
        Debtors


    THE FOLLOWING OBLIGATIONS ARE THOSE OF COLEMAN FIREPROOF DOOR CO. AND ARE LISTED FOR ANY POTENTIAL CLAIMS OR LIABILITY WHICH MAY BE ASSERTED.

B6F (Official Form 6F) (12/07)

In re **Hoshang R.Karani , Bonnie H. Karani** _____,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | |
| **Account No.** AAssa - Corbin Russwin c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | | 62,151.05 |
| **Account No.** AAssa - Curries Company c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | | 447,643.57 |
| **Account No.** AAssa - Graham Manufacturing Co. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | | 161,054.53 |
| **Account No.** AAssa - McKinney c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | | 42,736.85 |
| __22__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | 713,586.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:21307-090310    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Hoshang R. Karani, Bonnie H. Karani                                      Case No. _____
                                                                  ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>AAssa - Norton Security<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | | - | | | | | | 65,995.25 |
| Account No.<br><br>AAssa - Rixon Security Inc.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | | - | | | | | | 10,151.21 |
| Account No.<br><br>AAssa - Safgent Manufacturing Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | | - | | | | | | 135,788.00 |
| Account No.<br><br>Accurate Lock & Hardware<br>1 Annie Place<br>Stamford, CT 06902 | | - | | | | | | 1,602.53 |
| Account No.<br><br>Accurate Radiation Sheilding<br>2-6 C;eve;amd St.<br>Cary, IL 60013 | | - | | | | | | 7,860.00 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    221,396.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Hoshang R. Karani, Bonnie H. Karani                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Adams Rite Mfg. Co.<br>260 Santa Fe St.<br>Pomona, CA 91767 | | - | | | | | | 9,913.10 |
| Account No.<br><br>Advanced Information Consulting<br>210 Lincoln St.<br>Glenview, IL 60025 | | - | | | | | | 1,035.00 |
| Account No.<br><br>Airgas Safety<br>1212 Belvidere St.<br>Waukegan, IL 60085 | | - | | | | | | 49.11 |
| Account No.<br><br>Akron Hardware Consultants, Inc.<br>1100 Killian Rd.<br>Akron, OH 44312 | | - | | | | | | 13,548.13 |
| Account No.<br><br>Alarm Lock Systems<br>345 Bayview Ave.<br>Amityville, NY 11701 | | - | | | | | | 3,475.03 |

Sheet no. __2__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    28,020.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Hoshang R. Karani, Bonnie H. Karani                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx-xxxxxx-x1009 | | | | | | | | | |
| American Express Business Platinum Box 0001 Los Angeles, CA 90096-0001 | - | | | | | | | | 19,281.14 |
| Account No. xxxx-xxxxxx-x1007 | | | | | | | | | |
| American ExpressPlatinum Box 0001 Los Angeles, CA 90096-0001 | - | | | | | | | | 72,114.97 |
| Account No. | | | | | | | | | |
| American Gases Corp. 3949 Grove Ave. Gurnee, IL 60031 | - | | | | | | | | 379.19 |
| Account No. | | | | | | | | | |
| American Millwork Hardware Inc. 4505 W. Woolworth Ave. Milwaukee, WI 53218 | - | | | | | | | | 16,849.59 |
| Account No. | | | | | | | | | |
| Anemostat 1220 Walson Center Rd. Carson, CA 90745 | - | | | | | | | | 667.60 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    109,292.49

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Hoshang R. Karani, Bonnie H. Karani                              ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Architectural Builders Hardware Mfg 1222 Andmore Ave. Itasca, IL 60143 | | - | | | | | | 2,691.63 |
| Account No. | | | | | | | | |
| Architectural Control Systems 10666 Gateway Blvd. Saint Louis, MO 63132 | | - | | | | | | 136.01 |
| Account No. | | | | | | | | |
| AT&T PO Box 8100 Aurora, IL 60507-8100 | | - | | | | | | 2,499.13 |
| Account No. | | | | | | | | |
| Automatic Data Processing 100 Northwest Point Blvd. Elk Grove Village, IL 60007 | | - | | | | | | 827.30 |
| Account No. | | | | | | | | |
| Baldwin Hardware Corp. 13212 Collections Center Dr. Chicago, IL 60693 | | - | | | | | | 131.00 |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           6,285.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Hoshang R. Karani, Bonnie H. Karani   ,   Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Blue Cross Blue Shield 300 E. Randolph Chicago, IL 60601 | - | | | | | | | 7,260.76 |
| Account No. | | | | | | | | |
| Bommer Industries PO Box 187 Landrum, SC 29356 | - | | | | | | | 1,148.44 |
| Account No. | | | | | | | | |
| Boyle & Chase, Inc. 72 Chase St. Hingham, MA 02043 | - | | | | | | | 30,023.87 |
| Account No. | | | | | | | | |
| Bradley Road Industrial 600 E. 96th St., #100 Indianapolis, IN 46240 | - | | | | | | | 151.27 |
| Account No. | | | | | | | | |
| Brown, Kaplan & Liss LLP 500 Davis St., #502 Evanston, IL 60201 | - | | | | | | | 27,000.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 65,584.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Hoshang R. Karani, Bonnie H. Karani                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | | |
| Ceco Door c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | | | | | | | | 2,174.24 |
| Account No. | | - | | | | | | | |
| Century Door & Lock Co., Ltd. 1301 Landmeier Rd. Elk Grove Village, IL 60007 | | | | | | | | | 4,816.95 |
| Account No. xxxx-xxxx-xxxx-9389 | | - | | | | | | | |
| Chase Visa O Box 15153 Wilmington, DE 19886-5153 | | | | | | | | | 14,969.82 |
| Account No. xxxx-xxxx-xxxx-6635 | | - | | | | | | | |
| Chase Visa PO Box 15153 Wilmington, DE 19886-5753 | | | | | | | | | 25,916.34 |
| Account No. xxxx-xxxx-xxxx-3300 | | - | | | | | | | |
| Cita AAdvantage World MasterCard Citi Cards PO Box 688909 Des Moines, IA 50368-8909 | | | | | | | | | 51,788.45 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         99,665.80

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Hoshang R. Karani, Bonnie H. Karani                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-9359** <br><br> **Cita AAdvantage World MasterCard** <br> **Citi Cards** <br> **PO Box 688909** <br> **Des Moines, IA 50368-8909** | - | | | | | | 42,751.15 |
| Account No. <br><br> **Clark Security Products** <br> **10390 Shady Trail, #104** <br> **Dallas, TX 75220** | - | | | | | | 3,860.58 |
| Account No. **xxxx-xxxx-xxxx-2781** <br><br> **Comerica Mastercard** <br> **PO Box 790308** <br> **Saint Louis, MO 63179-0408** | - | | | | | | 23,000.00 |
| Account No. <br><br> **Commonwealth Edison** <br> **Bill Payment Center** <br> **230 S. Dearborn St.** <br> **Chicago, IL 60604** | - | | | | | | 967.32 |
| Account No. <br><br> **Corbin Russwin** <br> **c/o ASSA Abloy-Attn: Dave Ambrosini** <br> **110 Sargent Dr.** <br> **New Haven, CT 06511** | - | | | | | | 49,529.86 |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

120,108.91

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  Hoshang R. Karani, Bonnie H. Karani                    ,     Case No. _____   _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Curries Company c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | - | | | | | 453,502.64 |
| Account No. | | | | | | | |
| Curries Sherman c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | | - | | | | | 4,799.74 |
| Account No. | | | | | | | |
| Don-Jo Mfg. PO Box Sterling, MA 01564-0929 | | - | | | | | 2,423.07 |
| Account No. | | | | | | | |
| Door Concepts of IL 14335 S. VanDyke Rd., #101 Plainfield, IL 60544 | | - | | | | | 12,388.95 |
| Account No. | | | | | | | |
| Dugmore & Duncan Inc. 30 Pond Park Rd. Hingham, MA 02043 | | - | | | | | 5,976.42 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          479,090.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

5/28/09 3:57PM

B6F (Official Form 6F) (12/07) - Cont.

In re   Hoshang R. Karani, Bonnie H. Karani                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Dunbarton Corporation PO Box 8577 Dothan, AL 36304 | - | | | | | | 1,441.23 |
| Account No. | | | | | | | |
| Eggers Industries One Eggers Dr. Two Rivers, WI 54241 | - | | | | | | 93,812.10 |
| Account No. | | | | | | | |
| Elizer & Meyerson, LLC 900 Skokie Blvd., #100 Northbrook, IL 60062 | - | | | | | | 5,072.94 |
| Account No. | | | | | | | |
| Fastenal Ind. and Const. Supplies PO Box 978 Winona, MN 55987-0978 | - | | | | | | 125.55 |
| Account No. | | | | | | | |
| Fastrack Hardware Inc. W165 N. 5690 Continental Menomonee Falls, WI 53051 | - | | | | | | 288.32 |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100,740.14

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Hoshang R. Karani, Bonnie H. Karani</u>,  Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Forms & Surfaces** <br> 30 Pine St. <br> Pittsburgh, PA 15223 | | - | | | | | 15,227.17 |
| Account No. <br><br> **Fort Dearborn Life Insurance Co** <br> 36788 Eagle Way <br> Chicago, IL 60678 | | - | | | | | 139.87 |
| Account No. <br><br> **Fox Valley Fire & Safety Co.** <br> 2730 Pinnacle Dr. <br> Elgin, IL 60124 | | - | | | | | 255.51 |
| Account No. <br><br> **Frameworks Mfg. Inc.** <br> 3801 Yale St. <br> Houston, TX 77018 | | - | | | | | 28,775.50 |
| Account No. <br><br> **Frascio International, LLC** <br> 8904 Bash St., Suite "J" <br> Indianapolis, IN 46256 | | - | | | | | 18,607.60 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        63,005.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Hoshang R. Karani, Bonnie H. Karani**                          ,    Case No. _____
                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> gNeil <br> PO Box 451179 <br> Fort Lauderdale, FL 33345-1179 | - | | | | | | 64.49 |
| Account No. <br><br> Graham Mfg <br> c/o Assa Abloy <br> 110 Sargent Drive <br> New Haven, CT 06511 | - | | | | | | 53,646.12 |
| Account No. <br><br> Grange Insurance <br> PO Box 740604 <br> Cincinnati, OH 45274 | - | | | | | | 6,382.01 |
| Account No. <br><br> Hafele America Co. <br> 3901 Cheyenne Dr. <br> Archdale, NC 27263-4000 | - | | | | | | 2,050.95 |
| Account No. <br><br> Hager Companies <br> 139 Victor St. <br> Saint Louis, MO 63104-4736 | - | | | | | | 12,876.14 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,019.71

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Hoshang R. Karani, Bonnie H. Karani _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Hanchett Entry Systems Inc. 22630 N. 17th Ave. Phoenix, AZ 85027 | | - | | | | | | 8,454.21 |
| Account No. | | | | | | | | |
| Hinckley Springs PO Box 660579 Dallas, TX 75266-0579 | | - | | | | | | 55.56 |
| Account No. | | | | Loans for business payroll and product | | | | |
| Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | - | | | | | | 167,760.25 |
| Account No. | | | | March 14 - April 3, 2009 Officer Salary | | | | |
| Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | - | | | | | | 13,860.00 |
| Account No. | | | | P. R. taxes | | | | |
| Hoshang and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | - | | | | | | 1,524.60 |

Sheet no. __12__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **191,654.62**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Hoshang  R.  Karani,  Bonnie  H.  Karani          ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Officer Vacation earned 2008 - 2009** | | | | |
| Hoshang  and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | - | | | | | | 9,280.00 |
| Account No. | | | | **P. R. Taxes** | | | | |
| Hoshang  and Bonnie Karani 761 Buena Rd. Lake Forest, IL 60045 | | - | | | | | | 1,020.80 |
| Account No. | | | | | | | | |
| Key Equipment Finance 11030 Circle Point Rd., 2nd Broomfield, CO 80020 | | - | | | | | | 463.54 |
| Account No. | | | | | | | | |
| Komar 4625 2nd Ave. Schiller Park, IL 60176 | | - | | | | | | 841.93 |
| Account No. | | | | | | | | |
| Lund Equipment Co. PO Box 213 Bath, OH 44210 | | - | | | | | | 389.01 |

Sheet no. __13__ of __22__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          11,995.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Hoshang R. Karani, Bonnie H. Karani                          ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>McKinney Products Co.<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | | - | | | | | | 37,902.52 |
| Account No.<br><br>Met Life<br>PO Box 804466<br>Kansas City, MO 64180-4466 | | - | | | | | | 672.48 |
| Account No.<br><br>Midwest Wholesale Hardware<br>1000 N. Century Ave.<br>Kansas City, MO 64120 | | - | | | | | | 5,041.50 |
| Account No.<br><br>Much Shelist<br>35335 Eagle Way<br>Chicago, IL 60678 | | - | | | | | | 20,700.00 |
| Account No.<br><br>National Guard Products, Inc.<br>4985 E. Raines Rd.<br>Memphis, TN 38175 | | - | | | | | | 7,148.14 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        71,464.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Hoshang R. Karani, Bonnie H. Karani    ,    Case No. _____

_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **North Shore Sanitary District** PO Box 2140 Bedford Park, IL 60499-2140 | - | | | | | | 8.55 |
| Account No. **NorthShore Business Technology** 9114 58th Place Kenosha, WI 53144 | - | | | | | | 127.00 |
| Account No. **Norton** c/o Assa Abloy 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | 78,221.27 |
| Account No. **OP Office Plus** 1428 Glen Flora Waukegan, IL 60085 | - | | | | | | 257.77 |
| Account No. **PEMKO** PO Box 31001-1250 Pasadena, CA 91110-1250 | - | | | | | | 10,543.74 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

89,158.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Hoshang R. Karani, Bonnie H. Karani                    ,    Case No. _____    _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Poncraft Door Co.<br>2005 Pontiac Rd.<br>Auburn Hills, MI 48328 | - | | | | | | 61,199.00 |
| Account No.<br><br>Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | - | | | | | | 770.34 |
| Account No.<br><br>Ralph C. Hardesty<br>55 W. Monroe, #3720<br>Chicago, IL 60603 | - | | | | | | 1,991.08 |
| Account No.<br><br>Reese Enterprises, Inc.<br>16350 Asher Ave.<br>Rosemount, MN 55068 | - | | | | | | 457.23 |
| Account No.<br><br>Rixson<br>c/o ASSA Abloy-Attn: Dave Ambrosini<br>110 Sargent Dr.<br>New Haven, CT 06511 | - | | | | | | 19,197.55 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

83,615.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Hoshang R. Karani, Bonnie H. Karani                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. Rockwood PO Box 644489 Pittsburgh, PA 15264-4489 | - | | | | | | | | 22,178.75 |
| Account No. Ryder Transportation Service PO Box 96723 Chicago, IL 60693 | - | | | | | | | | 3,358.08 |
| Account No. Safgent Manufacturing Co. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | | | 184,731.03 |
| Account No. Saflok 8100 Chancellor Dr. Orlando, FL 32809 | - | | | | | | | | 23,774.00 |
| Account No. xxxx-xxxx-xxxx-0800 Sears Premier Gold MasterCard Sears Credit Cards PO Box 183082 Columbus, OH 43218-3082 | - | | | | | | | | 858.47 |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

234,900.33

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Hoshang R. Karani, Bonnie H. Karani    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Security Door Controls 3580 Willow Lane Westlake Village, CA 91361-4921 | - | | | | | | | 858.44 |
| Account No. | | | | | | | | |
| Security Lock Distributors PO Box 95 Westwood, MA 02090 | - | | | | | | | 8,792.29 |
| Account No. | | | | | | | | |
| Security Metal Products 5700 Hannum Ave. Culver City, CA 90230 | - | | | | | | | 13,360.00 |
| Account No. | | | | | | | | |
| Stanley Hardware Dept. AT 40124 Atlanta, GA 31192-0124 | - | | | | | | | 5,554.73 |
| Account No. | | | | | | | | |
| Stanley Security Solutions Dept. CH 14210 Palatine, IL 60055-4210 | - | | | | | | | 2,234.58 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    30,800.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Hoshang R. Karani, Bonnie H. Karani                              ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Stark Printing Company<br>37 Sherwood Terr.<br>Lake Bluff, IL 60044 | | - | | | | | | 561.47 |
| Account No.<br><br>Stock Building Supply<br>1357 Collection Ctr.<br>Chicago, IL 60693-0132 | | - | | | | | | 1,302.00 |
| Account No.<br><br>TEE Jay Service Co. Inc.<br>951 N. Raddant Rd.<br>Batavia, IL 60510-0369 | | - | | | | | | 8,550.00 |
| Account No.<br><br>Tiger Door<br>PO Box 700<br>Indiana, PA 15701 | | - | | | | | | 15,807.65 |
| Account No.<br><br>Torstenson Glass<br>3233 N. Sheffield Ave.<br>Chicago, IL 60657-2210 | | - | | | | | | 59.13 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,280.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Hoshang R. Karani, Bonnie H. Karani                    ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Twin City Hardware**<br>**723 Hadley Ave. N.**<br>**Saint Paul, MN 55128** | - | | | | | | 61,442.79 |
| Account No. <br><br> **ULine**<br>**2200 S. Lakeside Dr.**<br>**Waukegan, IL 60085** | - | | | | | | 352.41 |
| Account No. <br><br> **Underwriters Laboratories Inc.**<br>**PO Box 75330**<br>**Chicago, IL 60675-5330** | - | | | | | | 2,081.63 |
| Account No. <br><br> **United States Fire Protection, Inc.**<br>**28427 N. Ballard Dr., Unit H**<br>**Lake Forest, IL 60045** | - | | | | | | 200.00 |
| Account No. <br><br> **UPS**<br>**Lock Box 577**<br>**Carol Stream, IL** | - | | | | | | 533.85 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ............ 64,610.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Hoshang R. Karani, Bennie H. Karani   ,   Case No. _____   _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Waste Management North PO Box 4648 Carol Stream, IL 60197-4648 | - | | | | | | | 467.14 |
| Account No. | | | | | | | | |
| Waukegan Steel Sales 1201 Belvidere St. Waukegan, IL 60085 | - | | | | | | | 1,092.70 |
| Account No. | | | | | | | | |
| WIKK Industries Inc. 61698 Industrial Ct. Greendale, WI 53129-0167 | - | | | | | | | 365.24 |
| Account No. | | | | | | | | |
| Wildman Harrold Allen & Dixon LLP 2525 W. Wacker Dr. Chicago, IL 60606-1229 | - | | | | | | | 5,000.00 |
| Account No. | | | | | | | | |
| Yale Security Inc. c/o ASSA Abloy-Attn: Dave Ambrosini 110 Sargent Dr. New Haven, CT 06511 | - | | | | | | | 19,744.77 |

Sheet no. __21__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   26,669.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Hoshang R. Karani, Bonnie H. Karani            ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No.

**Zero International**
**415 Concord Av.e**
**Bronx, NY 10455** | - | | | | | | | **1,441.21** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no.  __22__  of  __22__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,441.21**

Total
(Report on Summary of Schedules)            **2,914,386.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Hoshang R. Karani,**                                                          Case No. _____
         **Bonnie H. Karani**

_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Hoshang R. Karani,**                    Case No. _____
           **Bonnie H. Karani**
_____,
                            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Hoshang R. Karani**
    **Bonnie H. Karani**                                     Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CEO, President** | **CFO, Vice President** |
| Name of Employer | **Coleman Fire Proof Door Co. (Spenta)** | **Coleman Fire Proof Door Co. (Spenta)** |
| How long employed | **2-1/2 years** | **2-1/2 years** |
| Address of Employer | **28392 N. Ballard Dr.**<br>**Lake Forest, IL 60045** | **28392 N. Ballard Dr.**<br>**Lake Forest, IL 60045** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
|    b. Insurance | $ | **0.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify):   **Social Security** | $ | **1,557.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **1,747.48** | $ | **0.00** |
| 13. Other monthly income<br>(Specify):   **unemployment** | $ | **868.00** | $ | **1,640.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **4,172.48** | $ | **1,640.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,172.48** | $ | **1,640.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **5,812.48** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Monthy Decrease ($2,508.00)**

B6J (Official Form 6J) (12/07)

In re  **Hoshang R. Karani**
**Bonnie H. Karani**
Debtor(s)

Case No.

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,600.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 420.00 |
| b. Water and sewer | $ | 80.00 |
| c. Telephone | $ | 150.00 |
| d. Other **Alarm System** | $ | 25.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 120.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 170.00 |
| b. Life | $ | 700.00 |
| c. Health | $ | 608.00 |
| d. Auto | $ | 230.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Real Estate** | $ | 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 975.00 |
| b. Other **Student Loans Direct Loans** | $ | 990.00 |
| c. Other **Student Loans Great Lakes** | $ | 313.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 1,000.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Charge cards - lent to business (BHK)** | $ | 1,000.00 |
| Other **Charge cards - lent to business (HRK)** | $ | 2,000.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 16,831.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**Monthly decrease ($13,527.00)**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,812.48 |
| b. Average monthly expenses from Line 18 above | $ | 16,831.00 |
| c. Monthly net income (a. minus b.) | $ | -11,018.52 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Hoshang R. Karani**
**Bonnie H. Karani**
_____   Case No. _____
                        Debtor(s)      Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**45**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July  9, 2009**_____   Signature   **/s/ Hoshang R. Karani**_____
                             **Hoshang R. Karani**
                             Debtor

Date  **July  9, 2009**_____   Signature   **/s/ Bonnie H. Karani**_____
                             **Bonnie H. Karani**
                             Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Hoshang R. Karani**
      **Bonnie H. Karani**                         Case No.

                                    Debtor(s)                 Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

     **1. Income from employment or operation of business**

None
☐

      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $103,830.00 | **2007 - Coleman (wife)** |
| $103,830.00 | **2007 - Coleman (husband)** |
| $113,200.00 | **2008 - Coleman (wife)** |
| $113,200.00 | **2008 - Coleman (husband)** |
| $22,374.00 | **January 2009 through March 13, 2009 - Husband** |
| $22,374.00 | **January 2009 through March 13, 2009 - Wife** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$41,928.00** | **Pension - Hoshang ($1,747 x 24 months)** |
| **$25,080.00** | **HBSSK Properties LLC** |
| **$35,000.00** | **2 years of tax refunds (paid real estate taxes, student fees and put back into business)** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Spenta Enterprises and Hoshang Karani v. Chizuco Coleman and Robert Coleman Case No. 08 CH 4899** | **Breach of warranty and fraud** | **19th Judicial Circuit, Lake County, Illinois** | **pending** |
| **American Chartered Bank v. Hoshang Karani; Case no. 09 L 050454** | **Citation to Discover Assets** | **Circuit Court of Cook County, Illinois, County Department, Law Division** | **Judgment entered against Hoshang Karani in the amount of $2,221,598.00** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Chartered Bank v. HBSSK Properties, LLC, Comerica Bank, Spenta Enterprises, Ltd., Bonnie H. Karani and Unknown Owners, Heirs, Legatees and Non-record Claimants; Case No. 09 CH 1945** | **Foreclosure** | **State of Illinois, Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois** | **pending** |

None
☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **American Chartered Bank**<br>**459 South Rand Rd.**<br>**Lake Zurich, IL 60047** | | **Bank accounts - general, payroll, escrow and HBSSK checking**<br>**HBSSK Commercial Building Property** |

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Zac** | **Church** | **1/09** | **$300** |

4

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **David Fisher**<br>**Wildman Harrold Allen Dixon LLP**<br>**225 W. Wacker Dr., #3000**<br>**Chicago, IL 60606-1229** | | **$5,000** |
| **Crane, Heyman, Simon, Welch & Clar**<br>**Suite 3705**<br>**135 South LaSalle Street**<br>**Chicago, IL 60603-4297** | | **$4,000.00** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Baytree Bank**<br>**PO Box 378**<br>**Lake Forest, IL 60045-0378** | **2020238** | **$0**<br>**Account closed 11/25/08** |

5

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Lake Forest Bank & Trust 727 N. Bank Lane Lake Forest, IL 60045** | **Hoshang and Bonnie Karani** | **family papers, semi precious jewelry pieces** | |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Sabrina H. Karani (student) 761 Buena Rd. Lake Forest, IL 60045** | **furniture, clothing, harp, guitar, tv, misc. electical, books** | **family home** |
| **Susan H. Karani 761 Buena Rd. Lake Forest, IL 60045** | **furniture, clothing, piano, violin, books** | **family home** |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Coleman Fire Proof Door Co.** | **36-3758908** | **28392 Ballard Drive Lake Forest, IL 60045** | **manufacture fire doors** | **Ended in 2009, Case No. 09-17518** |
| **Spenta Enterprises, Ltd.** | **20-5542085** | | | |
| **HBSSK** | **26-0355616** | | | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Jodi Gimbel, CPA**<br>**5 Revere Dr., #350**<br>**Northbrook, IL 60062** | |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Jodi Gimbel, CPA** | **5 Revere Dr., #350**<br>**Northbrook, IL 60062** | |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Jodi Gimbel, CPA** | **5 Revere Dr., #350**<br>**Northbrook, IL 60062** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
    controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                             NATURE AND PERCENTAGE
NAME AND ADDRESS                         TITLE                                OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
    commencement of this case.

NAME                                     ADDRESS                              DATE OF WITHDRAWAL

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
    immediately preceding the commencement of this case.

NAME AND ADDRESS                         TITLE                                DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
    in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
    commencement of this case.

NAME & ADDRESS                                                               AMOUNT OF MONEY
OF RECIPIENT,                            DATE AND PURPOSE                     OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                   OF WITHDRAWAL                        VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
    group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
    of the case.

NAME OF PARENT CORPORATION                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
    employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                             TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **July  9, 2009**                         Signature   **/s/ Hoshang R. Karani**
                                                              **Hoshang R. Karani**
                                                              Debtor


Date   **July  9, 2009**                         Signature   **/s/ Bonnie H. Karani**
                                                              **Bonnie H. Karani**
                                                              Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Hoshang R. Karani
Bonnie H. Karani**

_____
Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Lexus Financial Services** | **Describe Property Securing Debt:**<br>**2008 Lexus RX 400L** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual** | **Describe Property Securing Debt:**<br>**Single family residence**<br>**Location: 761 Buena Road, Lake Forest IL** |

Property will be (check one):
   □ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   ■ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 2

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Washington Mutual** | **Describe Property Securing Debt:**<br>**Single family residence**<br>**Location: 761 Buena Road, Lake Forest IL** |

| |
| --- |
| Property will be (check one):<br>☐ Surrendered                    ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>■ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>■ Claimed as Exempt                    ☐ Not claimed as exempt |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **July  9, 2009**                         Signature   **/s/ Hoshang R. Karani**
                                                              **Hoshang R. Karani**
                                                              Debtor

Date   **July  9, 2009**                         Signature   **/s/ Bonnie H. Karani**
                                                              **Bonnie H. Karani**
                                                              Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Hoshang R. Karani**
     **Bonnie H. Karani**

Case No. _____

Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July  9, 2009**

**/s/ EUGENE CRANE**
**EUGENE CRANE**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
    I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| EUGENE CRANE | X  /s/ EUGENE CRANE | July  9, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777**

### Certificate of Debtor
    I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Hoshang R. Karani
Bonnie H. Karani** | X  /s/ Hoshang R. Karani | July  9, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X  /s/ Bonnie H. Karani | July  9, 2009 |
|  | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Hoshang R. Karani**
**Bonnie H. Karani**

Debtor(s)

Case No. _____

Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  **32**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July  9, 2009** _____

**/s/ Hoshang R. Karani** _____
**Hoshang R. Karani**
Signature of Debtor

Date:  **July  9, 2009** _____

**/s/ Bonnie H. Karani** _____
**Bonnie H. Karani**
Signature of Debtor

American Chartered Bank
459 S. Rand Rd.
Lake Zurich, IL 60047

Elan Financial Services
Cemerica Bankcard
PO Box 108
Saint Louis, MO 63166-9801

Arturo Shelas
35335 Eagle Way
Chicago, IL 60678

American Express Platinum
Box 0001
Los Angeles, CA 90096-8000

Elizer & Meyerson, LLC
900 SKokie Blvd., #100
Northbrook, IL 60062

Ralph C. Hardesty
Attorney at Law
55 W. Madison St., #3720
Chicago, IL 60603

American Express PLUM
Box 0001
Los Angeles, CA 90096-8000

Great Lake Educational Loan
Services, Inc.
PO Box 7860
Madison, WI 53707

SBA
500 W. Madison Street, Suite 1250
Chicago, IL 60661

Biehl & Biehl, Inc.
Chicago Tribune
PO Box 87410
Carol Stream, IL 60188

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601

Sears Premier Gold M/C
Sears Credit cards
PO Box 183082
Columbus, OH 43218-3082

Brown Kaplan Liss
500 Davis St., #502
Evanston, IL 60201

Illinois Dept. of Revenue
P.O. Box 19031
Springfield, IL 62794-9031

State of Illinois Dept of Revenue
9511 Harrison Street
Des Plaines, IL 60016-1563

Chizuco Coleman
N 9110 11th Drive
Westfield, WI 53964

Illinois Secretary of State
Dept. of Acctg. Serv.
501 S. 2nd St.
Springfield, IL 62756-5300

Transworld Systems, Inc.
for Intertek Testing Systems
PO Box 4903
Trenton, NJ 08650-4903

Citi Cards
PO Box 688915
Des Moines, IA 50368-8915

IRS Benefit Div., Attn: R. Blackmon
TE/GE Group 7637RB"MC491401"
120 S. Dearborn St.
Chicago, IL 60604-1504

Trimco
3528 Emery St.
Los Angeles, CA

Citi Cards
PO Box 688909
Des Moines, IA 50368-8915

Lake County Collector
18 N. County St, #102
Waukegan, IL 60085

US Dept of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609

Comerica Bank
PO Box 650282MC6512
Dallas, TX 75265-0282

Lake Forest Hospital
660 N. Westmoreland Rd.
Lake Forest, IL 60045-9989

Visa Card Member Services
PO Box 15153
Wilmington, DE 19886-5153

David Fischer
Wildman Harrold Allen Dixon LLP
2525 W. Wacker Dr.
Chicago, IL 60606-1229

Lexus Financial Services
PO Box 5855
Carol Stream, IL 60197-5855

Visa Cardmember Services
PO 15153
Wilmington, DE 19886-5153

Washington  Mutual
PO  Box  901123
Louisville, KY 40290-1123


Washington  Mutual
PO  Box  78065
Phoenix, AZ 85062-8065

Cita AAdvantage World
MasterCard
Citi Cards
PO Box 688909
Des Moines, IA 50368-8909

Clark Security Products
10390 Shady Trail, #104
Dallas, TX 75220

Comerica Bank
PO Box 650282MC6512
Dallas, TX 75265-0282

Comerica Mastercard
PO Box 790308
Saint Louis, MO 63179-0408

Commonwealth Edison
Bill Payment Center
230 S. Dearborn St.
Chicago, IL 60604

Corbin Russwin
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Curries Company
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Curries Sherman
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Don-Jo Mfg.
PO Box
Sterling, MA 01564-0929

Door Concepts of IL
14335 S. VanDyke Rd., #101
Plainfield, IL 60544

Dugmore & Duncan Inc.
30 Pond Park Rd.
Hingham, MA 02043

Dunbarton Corporation
PO Box 8577
Dothan, AL 36304

Eggers Industries
One Eggers Dr.
Two Rivers, WI 54241

Elizer & Meyerson, LLC
900 Skokie Blvd., #100
Northbrook, IL 60062

Fastenal Ind. and Const.
Supplies
PO Box 978
Winona, MN 55987-0978

Fastrack Hardware Inc.
W165 N. 5690 Continental
Menomonee Falls, WI 53051

Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179-0093

Forms & Surfaces
30 Pine St.
Pittsburgh, PA 15223

Fort Dearborn Life Insurance
Co
36788 Eagle Way
Chicago, IL 60678

Fox Valley Fire & Safety Co.
2730 Pinnacle Dr.
Elgin, IL 60124

Frameworks Mfg. Inc.
3801 Yale St.
Houston, TX 77018

Frascio International, LLC
8904 Bash St., Suite "J"
Indianapolis, IN 46256

gNeil
PO Box 451179
Fort Lauderdale, FL
33345-1179

Juan Gonzalez
3849 N. Sawyer
Chicago, IL 60625

Graham Mfg
c/o Assa Abloy
110 Sargent Drive
New Haven, CT 06511

Grange Insurance
PO Box 740604
Cincinnati, OH 45274

Judd Greenstein
2645 Park Lane
Glenview, IL 60025

Hafele America Co.
3901 Cheyenne Dr.
Archdale, NC 27263-4000

Hager Companies
139 Victor St.
Saint Louis, MO 63104-4736

Hanchett Entry Systems Inc.
22630 N. 17th Ave.
Phoenix, AZ 85027

HBSSK Properties LLC
761 Buena Rd.
Lake Forest, IL

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

Illinois Dept of Revenue
Retailer's Occupation Tax
Springfield, IL 62796-0001

Bonnie H. Karani
761 Buena Road
Lake Forest, IL 60045

Hoshang  and Bonnie Karani
761 Buena Rd.
Lake Forest, IL 60045

Hoshang R. Karani
761 Buena Rd.
Lake Forest, IL 60045

Key Equipment
Denver, CO

Key Equipment Finance
11030 Circle Point Rd., 2nd
Broomfield, CO 80020

Komar
4625 2nd Ave.
Schiller Park, IL 60176

Lake County Collector
18 N. Country St., #102
Waukegan, IL 60085

Christopher Little
876 Red Hawk Drive
Antioch, IL 60002

Nick Llanas
7520 24th Avene
Kenosha, WI 53143

Lund Equipment Co.
PO Box 213
Bath, OH 44210

McKinney Products Co.
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Met Life
PO Box 804466
Kansas City, MO 64180-4466

Midwest Wholesale
Hardware
1000 N. Century Ave.
Kansas City, MO 64120

Much Shelist
35335 Eagle Way
Chicago, IL 60678

National Guard Products,
Inc.
4985 E. Raines Rd.
Memphis, TN 38175

Jose Navarro
3139 N. Kilpatrick
Chicago, IL 60641

North Shore Sanitary District
PO Box 2140
Bedford Park, IL 60499-2140

NorthShore Business
Technology
9114 58th Place
Kenosha, WI 53144

Norton
c/o Assa Abloy
110 Sargent Dr.
New Haven, CT 06511

John O'Neill
2485 Old Pond Road
Round Lake, IL 60073

OP Office Plus
1428 Glen Flora
Waukegan, IL 60085

Juan Ornelas
37270 N. Capillo Avenue
Lake Villa, IL 60046

Jesus Ortiz
4954 N. Seeley
Chicago, IL 60625

Joseph Parrilli
38669 N. Hilltop
Antioch, IL 60002

PEMKO
PO Box 31001-1250
Pasadena, CA 91110-1250

John Perez
4317 32nd Avenue
Kenosha, WI 53144

Melissa Perez
620 Key Largo Drive
Fox Lake, IL 60020

Ryan Pfeiffer
31 Washington Blvd., Unit
208
Mundelein, IL 60060

Poncraft Door Co.
2005 Pontiac Rd.
Auburn Hills, MI 48328

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Ralph C. Hardesty
55 W. Monroe, #3720
Chicago, IL 60603

Reese Enterprises, Inc.
16350 Asher Ave.
Rosemount, MN 55068

Rixson
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Rockwood
PO Box 644489
Pittsburgh, PA 15264-4489

Ryder Transportation Service
PO Box 96723
Chicago, IL 60693

Ryder Truck
PO Box 95-726
Chicago, IL 60693

Safgent Manufacturing Co.
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Saflok
8100 Chancellor Dr.
Orlando, FL 32809

Pamela S. Schroeder
2415 Oakdale Terrace
Cary, IL 60013

Sears Premier Gold
MasterCard
Sears Credit Cards
PO Box 183082
Columbus, OH 43218-3082

Security Door Controls
3580 Willow Lane
Westlake Village, CA
91361-4921

Security Lock Distributors
PO Box 95
Westwood, MA 02090

Security Metal Products
5700 Hannum Ave.
Culver City, CA 90230

Stanley Hardware
Dept. AT 40124
Atlanta, GA 31192-0124

Stanley Security Solutions
Dept. CH 14210
Palatine, IL 60055-4210

Stark Printing Company
37 Sherwood Terr.
Lake Bluff, IL 60044

Stock Building Supply
1357 Collection Ctr.
Chicago, IL 60693-0132

TE/GE Group 7637RB
"MC4915CH1"
Attn: Robert Blackmon, Jr.
120 S. Dearborn St.
Chicago, IL 60604-1504

TEE Jay Service Co. Inc.
951 N. Raddant Rd.
Batavia, IL 60510-0369

Tiger Door
PO Box 700
Indiana, PA 15701

Torstenson Glass
3233 N. Sheffield Ave.
Chicago, IL 60657-2210

Twin City Hardware
723 Hadley Ave. N.
Saint Paul, MN 55128

U.S. Treasury Internal Rev.
Service
TE/GE Group 7637
RBMC4915CHI
230 S. Dearborn
Chicago, IL 60604-1504

ULine
2200 S. Lakeside Dr.
Waukegan, IL 60085

Underwriters Laboratories
Inc.
PO Box 75330
Chicago, IL 60675-5330

United States Fire Protection,
Inc.
28427 N. Ballard Dr., Unit H
Lake Forest, IL 60045

UPS
Lock Box 577
Carol Stream, IL

Waste Management North
PO Box 4648
Carol Stream, IL 60197-4648

Waukegan Steel Sales
1201 Belvidere St.
Waukegan, IL 60085

WIKK Industries Inc.
61698 Industrial Ct.
Greendale, WI 53129-0167

Wildman Harrold Allen &
Dixon LLP
2525 W. Wacker Dr.
Chicago, IL 60606-1229

Scot Witt
7945 Dunhill Drive
Village of Lakewood, IL 60014

Yale Security Inc.
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

David Yankee
22254 86th Street
Salem, WI 53168

Alice Youman
2494 N. Old Pond Rd.
Round Lake, IL 60073

Carlos Zepeda
624 Sherman Ave.
Elgin, IL 60120

Vincent Zepeda
609 Heather Terrace
Round Lake, IL 60073

Zero International
415 Concord Av.e
Bronx, NY 10455

AAssa - Corbin Russwin
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Curries Company
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Graham
Manufacturing Co.
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - McKinney
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Norton Security
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Rixon Security Inc.
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

AAssa - Safgent
Manufacturing Co.
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Accurate Lock & Hardware
1 Annie Place
Stamford, CT 06902

Accurate Radiation Sheilding
2-6 Cleveland St.
Cary, IL 60013

Adams Rite Mfg. Co.
260 Santa Fe St.
Pomona, CA 91767

Advanced Information
Consulting
210 Lincoln St.
Glenview, IL 60025

George Aguirre
3240 W. 65th Place
Chicago, IL 60629

Airgas Safety
1212 Belvidere St.
Waukegan, IL 60085

Akron Hardware Consultants,
Inc.
1100 Killian Rd.
Akron, OH 44312

Alarm Lock Systems
345 Bayview Ave.
Amityville, NY 11701

American Chartered Bank
459 S. Rand Rd.
Lake Zurich, IL 60047

American Express Business
Platinum
Box 0001
Los Angeles, CA 90096-0001

American ExpressPlatinum
Box 0001
Los Angeles, CA 90096-0001

American Gases Corp.
3949 Grove Ave.
Gurnee, IL 60031

American Millwork Hardware
Inc.
4505 W. Woolworth Ave.
Milwaukee, WI 53218

Anemostat
1220 Walson Center Rd.
Carson, CA 90745

Architectural Builders
Hardware Mfg
1222 Andmore Ave.
Itasca, IL 60143

Architectural Control Systems
10666 Gateway Blvd.
Saint Louis, MO 63132

AT&T
PO Box 8100
Aurora, IL 60507-8100

Automatic Data Processing
100 Northwest Point Blvd.
Elk Grove Village, IL 60007

Baldwin Hardware Corp.
13212 Collections Center Dr.
Chicago, IL 60693

Blue Cross Blue Shield
300 E. Randolph
Chicago, IL 60601

Bommer Industries
PO Box 187
Landrum, SC 29356

Boyle & Chase, Inc.
72 Chase St.
Hingham, MA 02043

Bradley Road Industrial
600 E. 96th St., #100
Indianapolis, IN 46240

Brown, Kaplan & Liss LLP
500 Davis St., #502
Evanston, IL 60201

Canon
PO Box
Carol Stream, IL 60197-4004

Ceco Door
c/o ASSA Abloy-Attn: Dave
Ambrosini
110 Sargent Dr.
New Haven, CT 06511

Century Door & Lock Co.,
Ltd.
1301 Landmeier Rd.
Elk Grove Village, IL 60007

Chase Visa
PO Box 15153
Wilmington, DE 19886-5753

Chizuco Coleman
N 9110 11th Drive
Westfield, WI 53964